**SO ORDERED.**

**SIGNED this 11 day of June, 2013.**



*James D. Walker, Jr.*
**James D. Walker, Jr.**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CURTIS B. SUTTON<br>NELLIE C. SUTTON, | CASE NO: 12-11895 |
| DEBTOR(s) | |
| CAPITAL ONE, N.A.<br>    MOVANT, | |
| v.<br>CURTIS B. SUTTON<br>NELLIE C. SUTTON,<br>DEBTOR(s)<br>KRISTIN HURST, TRUSTEE<br>    RESPONDENTS, | CONTESTED MATTER |

**CONSENT ORDER**

Capital One, N.A. presented a Motion for Relief from Stay with an order to which the Debtors have already consented, in conjunction with the Debtors' intent to surrender their 2009 Kawasaki YFM5FGPY Grizzly 4-Wheeler, VIN# JY4AJ40Y59C004778 (the "Vehicle"), which is

not opposed by the Trustee. Therefore, for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED; the automatic stay of 11 U.S.C. § 362 is modified to permit Capital One, N.A. to take possession and dispose of the Vehicle in a commercially reasonable manner, to apply the net proceeds to its lawful claim. It is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry.

[END OF DOUMENT]

**CONSENTED TO:**

Sean M. Corcoran
Attorney for Capital One, N.A.
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Ste 300
Charlotte, NC 28217

**ATTORNEY FOR DEBTORS**

Michael H. Turner
P.O. Box 2519
Tifton, GA 31793

**NO OPPOSITION:**

**CHAPTER 13 TRUSTEE**

295360
Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907